

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00554-CV

———————————————

SHERYL ELISE REED, Appellant

V.

ANGELICA M. WEEKS, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-006876-1

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: March 19, 2026